Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Mountain States Rosen LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF WYOMING** |
| Case number (if known): | **20-20111** |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| UFCW LOCAL 174 PENSION FUND c/o I E SHAFFER & CO. 830 BEAR TAVERN ROAD P.O. BOX 1028 WEST TRENTON, NJ 08628 | | | | | | $2,523,626.51 |
| FORMULA 1 FEEDS INC 4401 WYALUSING NEW ALBANY RD NEW ALBANY, PA 18833 | | | | | | $720,568.22 |
| RELIABLE TRANSPORTATION SOLUTIONS P.O. BOX 507 AMELIA, OH 45102 | | | | | | $267,670.00 |
| Weld County Treasurer 1400 N 17th Ave GREELEY, CO 80632 | | | | | | $148,904.35 |
| JBS USA FOOD COMPANY 1770 PROMONTORY CIRCLE P.O. BOX 336910 GREELEY, CO 80633 | | | | | | $133,792.58 |
| CRYOVAC, INC 26081 NETWORK PLACE CHICAGO, IL 60673-1260 | | | | | | $117,496.05 |

Debtor **Mountain States Rosen LLC**
Name

Case number *(if known)* **20-20111**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CATELLI BROTHERS P.O. BOX 8877 COLLINGSWOO, NJ 08108 | | | | | | $113,315.00 |
| INTERNATIONAL PAPER P.O. BOX 676565 DALLAS, TX 75267-6565 | | | | | | $96,721.09 |
| COLORADO ATLANTIC EXPRESS, LLC 6600 SMITH ROAD DENVER, CO 80207 | | | | | | $74,555.31 |
| REPUBLIC SERVICES #535 PO BOX 78829 PHOENIX, AZ 85062 | | | | | | $52,025.74 |
| PACKERS SANITATION SERVICES PO BOX 931397 Cleveland, OH 44193 | | | | | | $45,934.00 |
| XCEL ENERGY P O BOX9477 MPLS, MN 55484-9477 | | | | | | $45,888.43 |
| BROWN LINE, LLC P.O. BOX 34026 SEATTLE, WA 98124-1026 | | | | | | $38,717.63 |
| QVEST, LLC P.O. BOX 436 GUYMON, OK 73942 | | | | | | $37,318.05 |
| MIDWEST FREIGHT SERVICES 5140 RACE CT. UNIT #4 DENVER, CO 80216 | | | | | | $36,551.27 |
| MPSC INC 2701 HARVEY ST HUDSON, WI 54016 | | | | | | $33,505.30 |
| FARM CREDIT LEASING SERVICES CORP NW-9675 PO BOX 1450 MINNEAPOLIS, MN 55485 | | | | | | $33,274.76 |

Debtor **Mountain States Rosen LLC**
Name

Case number *(if known)* **20-20111**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ALL-TEMP LOGISTICS INC**<br>**P.O BOX 69**<br>**PARLIN, NJ 08859** | | | | | | **$33,079.17** |
| **AgTac Services, LLC**<br>**8200 Cody Drive, Suite F**<br>**Lincoln, NE 68512** | | | | | | **$32,022.16** |
| **DENNEY TRANSPORT LTD.**<br>**5000 E 74TH AVE**<br>**COMMERCE CITY, CO 80022** | | | | | | **$31,051.55** |