Daniel J. Morse (WY Bar # 7-4770)
Assistant United States Trustee, District of Wyoming
PATRICK S. LAYNG
UNITED STATES TRUSTEE
REGION 19
308 West 21st Street, Room 203
Cheyenne, WY 82001
(307) 772-2793

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF WYOMING**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | Case No. 20-20111 |
| Mountain States Rosen LLC | ) | Chapter 11 |
| | ) | |
| | ) | |
| Debtor. | ) | |

## UNITED STATES TRUSTEE'S *SECOND AMENDED* NOTICE OF APPOINTMENT OF UNSECURED CREDITORS' COMMITTEE

The United States Trustee hereby appoints the additional following person(s) to the Official Unsecured Creditors Committee in the case of Mountain States Rosen LLC:

1. Colorado Atlantic Express, LLC
   Attn: Tom McCarthy
   6600 Smith Road
   Denver, CO 80207
   Phone: 303-287-6297
   t.mccarthy@coloradoatlantic.com
   Date Added: 4/3/2020

2. Reliable Transportation Services LLC
   Attn: Lucas Brown
   642 East State St.
   Georgetown, OH 45121
   Phone: 937-378-2700, X1002

1

    lucas@relyonrts.com
    Date Added: 4/3/2020

3. JBS USA Food Company and its affiliate Swift Beef Company
   Attn: Kim Pryor
   1770 Promontory Circle
   Greeley, CO 80634
   Phone: 970.347.5686
   Kim.Pryor@jbssa.com
   Date Added: 4/3/2020

4. UFCW Local 174 Pension Fund
   Attn: Larry Magarik, Trustee
   80 Eighth Ave, Suite 901
   NY, NY 10011
   Phone: 212-897-9806
   LMagarik@Magariklaw.com
   Date Added: 4/7/2020

5. International Paper Company
   Attn: Ana Hernandez
   1740 International Drive
   Memphis, TN 38197
   Phone: 901-419-1845
   Ana.Hernandez@ipaper.com
   Date Added: 4/7/2020

    ***Additional members may be added to the Committee at a future date.

| | |
|---|---|
| Dated: April 7, 2020. | Respectfully submitted,<br>PATRICK S. LAYNG<br>UNITED STATES TRUSTEE<br><br>/s/ Daniel J. Morse<br>By: Daniel J. Morse,<br>Assistant U.S. Trustee<br>District of Wyoming<br>U.S. Department of Justice |

308 West 21st Street, Room 203  
Cheyenne, WY 82001  
Direct Line: 307-772-2793  
Email: Daniel.J.Morse@USDOJ.GOV