Isaac N. Sutphin (Wyo. State Bar #6-3711)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile: 307.778.8175
insutphin@hollandhart.com

ATTORNEYS FOR CREDITOR MPSC, INC.

# UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: | ) |
| | ) Case No. 20-20111 |
| | ) |
| MOUNTAIN STATES ROSEN, LLC, | ) Chapter 11 |
| | ) |
| | ) |
| Debtor in Possession. | ) |

### ENTRY OF APPEARANCE, REQUEST FOR NOTICE AND RESERVATION OF RIGHTS

NOTICE IS HEREBY GIVEN that pursuant to Local Rule 9010-1, the undersigned attorney, Isaac N. Sutphin of the law offices of Holland & Hart LLP, enters his appearance in the above-referenced action as counsel for creditor MPSC, Inc. ("MPSC") and respectfully requests service of copies of all notices, pleadings, motions, applications, and any other documents filed and/or served in this case be sent to the following:

ISAAC N. SUTPHIN
HOLLAND & HART LLP
2515 WARREN AVENUE, SUITE 450
P.O. BOX 1347
CHEYENNE, WY 82001
TELEPHONE: (307) 778-4263/FACSIMILE: (307) 778-8175
EMAIL: INSUTPHIN@HOLLANDHART.COM

Neither this Entry of Appearance nor any subsequent appearance, pleading, claim or suit is intended to waive: (i) any right to have final orders in non-core matters entered only after de novo review by a U.S. District Court judge; (ii) any right to a jury trial in this or any related case, controversy or proceeding; (iii) any right to have the reference withdrawn by the U.S. District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) any other rights, claims, actions, defenses, setoffs or recoupments, in law or equity, all of which are expressly reserved.

Dated April 7, 2020

Respectfully submitted,

*/s/ Isaac N. Sutphin*
Isaac N. Sutphin (Wyo. State Bar #6-3711)
HOLLAND & HART LLP
2515 Warren Avenue, Suite 450
P.O. Box 1347
Cheyenne, WY 82003-1347
Telephone: 307.778.4200
Facsimile:  307.778.8175
insutphin@hollandhart.com

ATTORNEYS FOR CREDITOR MPSC, INC.

# CERTIFICATE OF SERVICE

I certify that on April 7, 2020 , a true and correct copy of the foregoing *Entry of Appearance, Request for Notice and Reservation of Rights* was served, as follows:

**ELECTRONIC MAIL NOTICE LIST:**

- Kyle Hosmer - kyle.hosmer@faegredrinker.com, dorothy.bailey@faegredrinker.com
- Bradley T Hunsicker - bhunsicker@markuswilliams.com, sschaefer@markuswilliams.com;docket@markuswilliams.com
- Travis Jordan     travis.jordan@faegredrinker.com, candee.smith@faegredrinker.com
- Daniel J. Morse     daniel.j.morse@usdoj.gov
- US Trustee     USTPRegion19.cy.ecf@usdoj.gov

**U.S. MAIL:**

Bradford E. Dempsey
Faegre Drinker Biddle & Reath LLP
1144 15th Street, Suite 3400
Denver, CO 80202

Dean W Hanish
12715 N 182nd Cir
Bennington, NE 68007-3312

International Paper
c/o Emma Dery
1740 International Drive
Memphis, TN 38197

R2 Advisors LLC
1518 Blake Street
Denver, CO 80202

Michael R. Stewart
Faegre Drinker Biddle & Reath LLP
2200 Wells Fargo Center
90 S.7th Street
Minneapolis, MN 55402

>                          */s/ Isaac N. Sutphin*
>                          Isaac N. Sutphin

14453835_2