FILED
UNITED STATES BANKRUPTCY COURT

UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING

*Minutes of Proceeding*

| | |
|---|---|
| Date: April 15, 2020 | HONORABLE Cathleen D. Parker, Presiding  3:27 pm, 4/15/20 |
| | Location: Telephone Conference   Tim J. Ellis  Clerk of Court |

| | | | |
|---|---|---|---|
| In re: Mountain States Rosen LLC | | Case No: 20-20111 | |
| | Debtor(s) | Chapter 11 | |

<u>Appearances</u>

| | | | |
|---|---|---|---|
| Debtor(s) | Mountain States Rosen LLC | Counsel | Brad Hunsicker; James T. Markus |
| Creditor | MPSC, Inc. | Counsel | Isaac Sutphin |
| Creditor(s) | CoBank ACB | Counsel | Brad Dempsey, Travis Jordan, Mike Stewart, Sam Williams, Wayne Grafuss, and Taylor Witt |
| UST | | Counsel | Dan Morse |

<u>Proceedings:</u>  Hearing on Debtor's Motion for Conditional Use of Cash Collateral (ECF No. 20), the objection filed by MPSC, Inc. (20), the objection filed by CoBank ACB (ECF No. 45), and Debtor's reply (ECF No. 51)

<u>Witness sworn and testified:</u>   N/A

<u>Orders:</u>

☒   Relief sought   ☒   Granted   ☐   Denied   ☐   Case Dismissed   ☐   Continued

☐   Matter taken under advisement

☐   Formal order or judgment to enter          To be prepared   _____

☒   These minutes constitute the Court's official order in this matter

Having reviewed the record and parties' arguments, as stated on the record,

IT IS ORDERED the motion for an interim order approving the use of cash collateral is GRANTED, for 30 days from the hearing;

IT IS ORDERED in the event CARE loan funds are provided; those funds will be used ahead of cash collateral consistent with the Care loan provisions;

IT IS ORDERED only the critical and necessary expenses shall be paid within the next 30 days;

IT IS FURTHER ORDERED Debtor shall provide weekly reports to CoBank, under the terms of the loan documents;

IT IS FURTHER ORDERED any MPSC Inc's property is not considered cash collateral nor subject to post-petition replacement liens;

IT IS FINALLY ORDERED the court shall schedule a second interim telephonic hearing within 30 days by separate order, with competing proposed orders submitted to the court, at least three business days prior to the hearing.

BY THE COURT:

*Cathleen D Parker*          4/15/2020

Honorable Cathleen D. Parker