# UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF WYOMING
## *Minutes of Proceeding*

FILED

Tim J. Ellis
Clerk of Court

9:35 am, 6/11/20

Date: June 10, 2020               HONORABLE Cathleen D. Parker, Presiding

Location: Telephone Conference

In re: Mountain States Rosen LLC                Case No: 20-20111
                         Debtor(s)              Chapter 7

## Appearances

| | | | |
|---|---|---|---|
| Debtor(s) | Mountain States Rosen LLC | Counsel | Brad Hunsicker/James Markus |
| Creditor | International Brotherhood of Teamsters and Local Union No. 455 | Counsel | Sara Geenen/Jeffrey Boldt |
| Creditor | CoBank, ACB | Counsel | Michael R. Stewart/Brad Dempsy with Wayne Graffis and Taylor Wood |
| Creditor | JBS, S.A. Swift Beef Company | Counsel | Brent Cohen/Travis McRoberts |
| Creditors | Official Committee of Unsecured Creditors | Counsel | Terry Connolly/Brian Jackiw |
| Party in interest | Greeley FAB, LLC | Counsel | Jodi Shea/Bryan Glover |

Proceedings: Hearing on the Motion of the Debtor for Entry of an Order (A) Approving Bid Procedures for the Sale of Substantially All of the Debtor's Assets; and (B) Approving Break-Up Fee (the "Bidding Procedures Motion") (ECF No. 129), the objection filed by International Brotherhood of Teamsters (ECF No. 152), objection filed by Official Committee of Unsecured Creditors (ECF No. 158), objection filed by CoBank, ACB (ECF No. 160). and the Reservation of Rights filed by JBS, S.A, Swift Beef Company (ECF No. 157)

Witness sworn and testified:    N/A

Orders:
- ☒ Relief sought   ☒ Granted   ☐ Denied   ☐ Case Dismissed   ☐ Continued
- ☐ Matter taken under advisement
- ☒ Formal order or judgment to enter    To be prepared    Order and Amended Bidding Procedures to be submitted by Debtor's counsel.
- ☐ These minutes constitute the Court's official order in this matter

The parties reached an agreement as to the bidding procedures, as stated on the record. The court will review the proposed order and Amended Bidding Procedure and enter.

BY THE COURT

*Cathleen D Parker*   6/11/2020

Honorable Cathleen D. Parker
United States Bankruptcy Court