**DEBTOR(S):** Mountain States Rosen LLC

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

**CASE NUMBER:** 20-20111

## Form 2-A
### COVER SHEET

For Period End Date: 7/31/2020

**Accounting Method:** ☐ Accrual Basis    ☒ Cash Basis

### *THIS REPORT IS DUE 21 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document:

Debtor must attach each of the following documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ☒ | ☐ | 1. Cash Receipts and Disbursements Statement (Form 2-B) |
| ☒ | ☐ | 2. Balance Sheet (Form 2-C) |
| ☒ | ☐ | 3. Profit and Loss Statement (Form 2-D) |
| ☒ | ☐ | 4. Supporting Schedules (Form 2-E) |
| ☒ | ☐ | 5. Quarterly Fee Summary (Form 2-F) |
| ☒ | ☐ | 6. Narrative (Form 2-G) |
| ☒ | ☐ | 7. Bank Statements for All Bank Accounts *(Redact all but last 4 digits of account number and remove check images)* |
| ☒ | ☐ | 8. Bank Statement Reconciliations for all Bank Accounts |
| ☐ | ☐ | 9. Evidence of insurance for all policies renewed or replaced during month |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

Executed on: 8/19/20

Print Name: Doug Mills
Signature: [signature]
Title: CFO

Rev. 01/01/2018

| DEBTOR(S): | Mountain States Rosen LLC | CASE NO: | 20-20111 |
|---|---|---|---|

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 7/1/2020 to 7/31/2020

**CASH FLOW SUMMARY**

|  | Current Month | Accumulated |
|---|---:|---:|
| 1. Beginning Cash Balance | $ 5,815,481 (1) | $ 137,708 (1) |
| 2. Cash Receipts | | |
|    Operations | 4,367,248 | 19,890,165 |
|    Sale of Assets | 1,000,000 | 1,000,000 |
|    Loans/advances | - | 3,045,474 |
|    Other | - | 6,983 |
|    Total Cash Receipts | $ 5,367,248 | $ 23,942,622 |
| 3. Cash Disbursements | | |
|    Operations | 3,211,201 | 15,928,431 |
|    Debt Service/Secured loan payment | 825,000 | 975,000 |
|    Professional fees/U.S. Trustee fees | 462,829 | 468,421 |
|    Professional fees paid from retainer (e.g. COLTAF accts) | - | - |
|    Bank Fees | 1,708 | 9,292 |
|    Other | 34,211 | 51,407 |
|    Total Cash Disbursements | $ 4,534,950 | $ 17,432,550 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 832,298 | 6,510,071 |
| 5. Ending Cash Balance (to Form 2-C) | $ 6,647,779 (2) | $ 6,647,779 (2) |

**CASH BALANCE SUMMARY**

| | | Financial Institution | Book Balance |
|---|---|---|---:|
| DIP Operating Account | 5095 | Chase Bank | $ 6,411,146 |
| DIP CARE Account | 5111 | Chase Bank | 500 |
| Depository Account | 7631 | Chase Bank | 230,767 |
| Depository Account | 3316 | HSBC | - |
| Payroll Account | 1715 | Chase Bank | 5,366 |
| Payroll Account | 2288 | HSBC | - |
| Checking Account | 0778 | Cache Bank and Trust | - |
| Checking Account | 0760 | Cache Bank and Trust | - |
| TOTAL (must agree with Ending Cash Balance above) | | | $ 6,647,779 (2) |

(1) Accumulated beginning cash balance is the cash available at the commencement of the case and retainers. Current month beginning cash balance should equal the previous month's ending balance.
(2) All cash balances should be the same.

Rev. 01/01/2018

| DEBTOR(S): | Mountain States Rosen LLC | CASE NO: | 20-20111 |
|---|---|---|---|

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 7/1/2020 to 7/31/2020

**CASH RECEIPTS DETAIL**  Account No: 3316, 2288, 5095, 5111, 7631, 1715, 0778, 0760
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 07/01/2020 | Sysco | Operations | 8,840 |
| 07/01/2020 | Rosens of Colorado | Operations | 600 |
| 07/01/2020 | Customer Deposits | Operations | 24,474 |
| 07/01/2020 | Heinen's Inc. | Operations | 8,090 |
| 07/02/2020 | Schnucks | Operations | 10,823 |
| 07/02/2020 | Refund Deposits | Operations | 20 |
| 07/02/2020 | Mountain States Rosen LLC | Operations | 192,122 |
| 07/02/2020 | Bones2Go, Inc. | Operations | 2,419 |
| 07/02/2020 | Customer Deposits | Operations | 35,764 |
| 07/02/2020 | Customer Deposits | Operations | 571 |
| 07/02/2020 | Strauss Brands | Operations | 145,848 |
| 07/02/2020 | US Foods | Operations | 11,537 |
| 07/03/2020 | Labatt Food Services | Operations | 10,764 |
| 07/06/2020 | Western Agcredit | Operations | 115,503 |
| 07/06/2020 | Customer Deposits | Operations | 245,338 |
| 07/06/2020 | Customer Deposits | Operations | 64,155 |
| 07/06/2020 | Customer Deposits | Operations | 250 |
| 07/06/2020 | AWG Associated | Operations | 139,898 |
| 07/06/2020 | Heinen's Inc. | Operations | 29,991 |
| 07/06/2020 | Ben E. Keith | Operations | 8,126 |
| 07/07/2020 | Paylocity Corporation | Operations | 50 |
| 07/07/2020 | Customer Deposits | Operations | 52,337 |
| 07/07/2020 | H.E.B. Grocery | Operations | 99,499 |
| 07/07/2020 | Strauss Brands | Operations | 77,129 |
| 07/07/2020 | AWG Associated | Operations | 13,996 |
| 07/07/2020 | K1 International | Operations | 4,815 |
| 07/07/2020 | Chase Bank | Operations | 3,471 |
| 07/07/2020 | K1 International | Operations | 2,095 |
| 07/08/2020 | Frank Moore | Operations | 148,772 |
| 07/08/2020 | Sysco | Operations | 11,482 |
| 07/08/2020 | Sysco | Operations | 7,069 |
| 07/08/2020 | Cyrgus Company | Operations | 1,439 |
| 07/08/2020 | Customer Deposits | Operations | 2,199 |
| 07/08/2020 | US Foods | Operations | 9,497 |
| 07/08/2020 | AWG Associated | Operations | 115 |
| 07/09/2020 | Schnucks | Operations | 18,388 |
| 07/09/2020 | Customer Deposits | Operations | 14,715 |
| 07/09/2020 | Customer Deposits | Operations | 9,693 |
| 07/09/2020 | Strauss Brands | Operations | 87,834 |
| 07/10/2020 | Customer Deposits | Operations | 19,387 |
| 07/10/2020 | Foodmaven Corporation | Operations | 968 |
| 07/10/2020 | Customer Deposits | Operations | 80,691 |
| 07/10/2020 | Customer Deposits | Operations | 23 |
| 07/10/2020 | Labatt Food Services | Operations | 10,815 |
| 07/10/2020 | Ben E. Keith | Operations | 10,187 |
| 07/13/2020 | Ad Rosenblatt Kosher Meat LLC | Operations | 105,187 |
| 07/13/2020 | Western Agcredit | Operations | 57,317 |
| 07/13/2020 | Wolverine Packing Company | Operations | 51,898 |
| 07/13/2020 | Colorado Boxed Beef | Operations | 2,169 |
| 07/13/2020 | Customer Deposits | Operations | 197,360 |
| 07/13/2020 | Customer Deposits | Operations | 114,374 |
| 07/13/2020 | Heinen's Inc. | Operations | 20,329 |
| 07/14/2020 | New York Meat & Fish Market Corporation | Operations | 1,000 |
| 07/14/2020 | Customer Deposits | Operations | 9,516 |
| 07/14/2020 | Strauss Brands | Operations | 80,096 |

DEBTOR(S): Mountain States Rosen LLC    CASE NO: 20-20111

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period: 7/1/2020 to 7/31/2020

**CASH RECEIPTS DETAIL**    Account No: 3316, 2288, 5095, 5111, 7631, 1715, 0778, 0760
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---:|
| 07/14/2020 | H.E.B. Grocery | Operations | 75,113 |
| 07/15/2020 | Sysco | Operations | 11,080 |
| 07/15/2020 | Customer Deposits | Operations | 55,450 |
| 07/15/2020 | Strauss Brands | Operations | 68,253 |
| 07/15/2020 | US Foods | Operations | 14,254 |
| 07/16/2020 | Sysco | Operations | 9,376 |
| 07/16/2020 | Customer Deposits | Operations | 84,795 |
| 07/16/2020 | Customer Deposits | Operations | 9,748 |
| 07/16/2020 | Federal International | Operations | 39 |
| 07/17/2020 | Refund Deposits | Operations | 128 |
| 07/17/2020 | Customer Deposits | Operations | 72,895 |
| 07/17/2020 | Customer Deposits | Operations | 15 |
| 07/17/2020 | Ben E. Keith | Operations | 13,968 |
| 07/20/2020 | Customer Deposits | Operations | 4,150 |
| 07/20/2020 | Wolverine Packing Company | Operations | 38,177 |
| 07/20/2020 | Customer Deposits | Operations | 293,571 |
| 07/20/2020 | Customer Deposits | Operations | 49,379 |
| 07/20/2020 | Heinen's Inc. | Operations | 16,374 |
| 07/20/2020 | Chase Bank | Operations | 9,847 |
| 07/21/2020 | Customer Deposits | Operations | 20,975 |
| 07/21/2020 | Cyrgus Company | Operations | 2,736 |
| 07/21/2020 | Customer Deposits | Operations | 23,803 |
| 07/21/2020 | H.E.B. Grocery | Operations | 93,272 |
| 07/21/2020 | Strauss Brands | Operations | 54,757 |
| 07/21/2020 | AWG Associated | Operations | 10,504 |
| 07/22/2020 | Sysco | Operations | 11,200 |
| 07/22/2020 | Customer Deposits | Operations | 23,588 |
| 07/22/2020 | Operating | Operations | 18,800 |
| 07/23/2020 | Western Agcredit | Operations | 54,472 |
| 07/23/2020 | Schnucks | Operations | 7,735 |
| 07/23/2020 | Customer Deposits | Operations | 15,858 |
| 07/23/2020 | K1 International | Operations | 1,575 |
| 07/24/2020 | Customer Deposits | Operations | 35,377 |
| 07/24/2020 | Customer Deposits | Operations | 34,137 |
| 07/24/2020 | Customer Deposits | Operations | 304 |
| 07/24/2020 | Ben E. Keith | Operations | 5,048 |
| 07/27/2020 | Wolverine Packing Company | Operations | 30,730 |
| 07/27/2020 | Sysco | Operations | 5,576 |
| 07/27/2020 | Customer Deposits | Operations | 143,176 |
| 07/27/2020 | Customer Deposits | Operations | 131,330 |
| 07/27/2020 | Strauss Brands | Operations | 72,037 |
| 07/27/2020 | Heinen's Inc. | Operations | 18,491 |
| 07/28/2020 | Sysco | Operations | 9,536 |
| 07/28/2020 | Customer Deposits | Operations | 7,667 |
| 07/28/2020 | Customer Deposits | Operations | 694 |
| 07/28/2020 | Customer Deposits | Operations | 558 |
| 07/28/2020 | H.E.B. Grocery | Operations | 84,316 |
| 07/28/2020 | AWG Associated | Operations | 13,841 |
| 07/28/2020 | US Foods | Operations | 11,529 |
| 07/29/2020 | Customer Deposits | Operations | 78,602 |
| 07/29/2020 | Strauss Brands | Operations | 45,459 |
| 07/30/2020 | Schnucks | Operations | 5,102 |
| 07/30/2020 | Customer Deposits | Operations | 44,209 |
| 07/30/2020 | Customer Deposits | Operations | 241 |
| 07/30/2020 | Darling International | Operations | 4,452 |

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 7/1/2020 to 7/31/2020

**CASH RECEIPTS DETAIL**    Account No: 3316, 2288, 5095, 5111, 7631, 1715, 0778, 0760
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 07/31/2020 | American Heritage Title Agency | Sale of Assets | 1,000,000 |
| 07/31/2020 | Customer Deposits | Operations | 21,094 |
| 07/31/2020 | Ben E. Keith | Operations | 16,805 |
| | | **Total Cash Receipts** $ | **5,367,248** (1) |

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Rev. 01/01/2018

| DEBTOR(S): | Mountain States Rosen LLC | CASE NO: | 20-20111 |

Form 2-B
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 7/1/2020 to 7/31/2020

**CASH DISBURSEMENTS DETAIL**    Account No: 3316, 2288, 5095, 5111, 7631, 1715, 0778, 0760
*(attach additional sheets as necessary)*

| Date | Acct # | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 07/01/2020 | 5111 | Chase Bank | Bank Fees | 250 |
| 07/01/2020 | 5095 | Chocolate Covered Trucking Inc | Shipping/Trucking | 300 |
| 07/01/2020 | 5095 | Cintas | Plant Supplies | 638 |
| 07/01/2020 | 5095 | CoBank | Adequate Protection Payment | 250,000 |
| 07/01/2020 | 5095 | Colorado Atlantic Express LLC | Shipping/Trucking | 5,150 |
| 07/01/2020 | 5095 | Continental Carbonics | R&M/Plant Expenses | 992 |
| 07/01/2020 | 5095 | Denney Transport Ltd. | Shipping/Trucking | 8,771 |
| 07/01/2020 | 5095 | Enviropest | Services | 210 |
| 07/01/2020 | 5095 | Martin Auza Sheep Company | Raw Material Purchase | 6,174 |
| 07/01/2020 | 5095 | Maxpsm, Llc | Operations | 13,235 |
| 07/01/2020 | 5095 | Motion Industries | R&M/Plant Expenses | 2,761 |
| 07/01/2020 | 5095 | Motion Industries | R&M/Plant Expenses | 99 |
| 07/01/2020 | 5095 | Mountain States Lamb and Wool Coop | Raw Material Purchase | 63,685 |
| 07/01/2020 | 5095 | Mountain West Lamb Llc | Raw Material Purchase | 92,829 |
| 07/01/2020 | 5095 | Packers Sanitation Services | Services | 11,948 |
| 07/01/2020 | 5095 | Skyline Sheep Company | Raw Material Purchase | 78,687 |
| 07/01/2020 | 5095 | Smartspanner | Services | 200 |
| 07/01/2020 | 5095 | SupplyOne | Plant Supplies | 6,199 |
| 07/02/2020 | 5095 | Ben Issa Llc | Services | 3,000 |
| 07/02/2020 | 5095 | Chocolate Covered Trucking Inc | Shipping/Trucking | 2,756 |
| 07/02/2020 | 5095 | DDCO | Payroll & Benefits | 23 |
| 07/02/2020 | 5095 | Delta Dental | Payroll & Benefits | 2,346 |
| 07/02/2020 | 5095 | Food Safety Net Services Colorado | Services | 1,213 |
| 07/02/2020 | 5095 | Hykes Ace | Operations | 8 |
| 07/02/2020 | 5095 | Jkmi Refrigeration | Operations | 16,680 |
| 07/02/2020 | 5095 | Matilda Erebia | Payroll & Benefits | 100 |
| 07/02/2020 | 5095 | Mid-West Express | Shipping/Trucking | 4,139 |
| 07/02/2020 | 5095 | Mountain States Lamb and Wool Coop | Raw Material Purchase | 105,000 |
| 07/02/2020 | 5095 | Murdoch's Ranch & Home | Operations | 29 |
| 07/02/2020 | 5111 | Principal Life | Payroll & Benefits | 6,940 |
| 07/02/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 18,900 |
| 07/02/2020 | 5095 | The Home Depot | Plant Supplies | 20 |
| 07/02/2020 | 5095 | The Home Depot | Plant Supplies | 23 |
| 07/02/2020 | 5095 | USDA AMS | Raw Material Purchase | 3,623 |
| 07/03/2020 | 5111 | Anthony Salinas | Payroll & Benefits | 297 |
| 07/03/2020 | 5095 | Nextiva | Telephone/Utilities | 3,136 |
| 07/03/2020 | 5095 | UPS | Shipping/Trucking | 22 |
| 07/06/2020 | 5095 | Brad Anderson | Telephone/Utilities | 300 |
| 07/06/2020 | 5095 | Birko Corporation | Plant Supplies | 1,329 |
| 07/06/2020 | 5095 | Brad Anderson | Plant Supplies | 150 |
| 07/06/2020 | 5095 | Bunzl USA LLC | Plant Supplies | 896 |
| 07/06/2020 | 5095 | Canon Financial Services, Inc | Plant Supplies | 180 |
| 07/06/2020 | 1715 | Chase Bank | Bank Fees | 30 |
| 07/06/2020 | 5095 | Chocolate Covered Trucking Inc | Shipping/Trucking | 2,074 |
| 07/06/2020 | 5095 | Colorado Atlantic Express LLC | Shipping/Trucking | 150 |
| 07/06/2020 | 5095 | Colorado Atlantic Express LLC | Shipping/Trucking | 10,000 |
| 07/06/2020 | 5095 | Enviropest | Services | 222 |
| 07/06/2020 | 5095 | Markus Williams Young and Hunsicker | Professional fees/U.S. Trustee fees | 59,232 |
| 07/06/2020 | 5095 | Markus Williams Young and Hunsicker | Professional fees/U.S. Trustee fees | 50,882 |
| 07/06/2020 | 5095 | Mountain States Lamb and Wool Coop | Raw Material Purchase | 38,750 |
| 07/06/2020 | 5095 | Operating | Operations | 388 |
| 07/06/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 492 |
| 07/06/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 5,000 |
| 07/06/2020 | 5095 | RULE FEEDER LLC & Farm Credit Services | Raw Material Purchase | 5,284 |
| 07/06/2020 | 5095 | Sealed Air Funding LLC | R&M/Plant Expenses | 2,363 |
| 07/06/2020 | 5095 | Team Packaging | Plant Supplies | 2,276 |
| 07/06/2020 | 5095 | Team Petroleum | Plant Supplies | 814 |
| 07/06/2020 | 5095 | The Home Depot | Plant Supplies | 297 |
| 07/06/2020 | 5095 | United Site Services Inc. | Services | 173 |
| 07/06/2020 | 5095 | Vision Service Plan | Payroll & Benefits | 1,738 |
| 07/07/2020 | 5095 | 5 Star Life Insurance | Payroll & Benefits | 24 |
| 07/07/2020 | 5095 | CDW Direct | Services | 2,374 |
| 07/07/2020 | 5095 | CDW Direct | Services | 328 |
| 07/07/2020 | 5095 | M. Diamond Livestock | Raw Material Purchase | 15,554 |
| 07/07/2020 | 5095 | Mountain States Lamb and Wool Coop | Raw Material Purchase | 116,112 |
| 07/07/2020 | 5095 | Mountain West Lamb LLC | Raw Material Purchase | 3,501 |

DEBTOR(S): Mountain States Rosen LLC                                    CASE NO: 20-20111

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:  7/1/2020  to  7/31/2020

**CASH DISBURSEMENTS DETAIL**   Account No: 3316, 2288, 5095, 5111, 7631, 1715, 0778, 0760
*(attach additional sheets as necessary)*

| Date | Acct # | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 07/07/2020 | 5095 | Packers Sanitation Services | Services | 11,948 |
| 07/07/2020 | 5111 | Paylocity Corporation | Payroll & Benefits | 44,634 |
| 07/07/2020 | 5111 | Paylocity Corporation | Payroll & Benefits | 128,849 |
| 07/07/2020 | 5095 | Preferred Cartage | Shipping/Trucking | 1,210 |
| 07/07/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 13,300 |
| 07/07/2020 | 5095 | SupplyOne | Plant Supplies | 7,792 |
| 07/07/2020 | 5095 | Valerie Spear | Operations | 10 |
| 07/08/2020 | 5095 | Advantage Sales And Marketing | Services | 4,247 |
| 07/08/2020 | 5095 | Chocolate Covered Trucking Inc | Shipping/Trucking | 300 |
| 07/08/2020 | 5095 | Cisco Systems Capital Crp | Operations | 814 |
| 07/08/2020 | 5095 | CoBank | Adequate Protection Payment | 75,000 |
| 07/08/2020 | 5095 | Denney Transport Ltd. | Shipping/Trucking | 9,739 |
| 07/08/2020 | 5095 | Double J Lamb Feeder, Inc | Services | 20,516 |
| 07/08/2020 | 5095 | Food Safety Net Services Colorado | Services | 798 |
| 07/08/2020 | 5095 | Mcdonald Farms Enterprises, Inc | Services | 2,750 |
| 07/08/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 8,700 |
| 07/08/2020 | 5095 | Var Technology Finance | Lease Payments | 505 |
| 07/09/2020 | 5095 | Chocolate Covered Trucking Inc | Shipping/Trucking | 1,964 |
| 07/09/2020 | 5095 | Colorado Atlantic Express LLC | Shipping/Trucking | 755 |
| 07/09/2020 | 5095 | Deep Rock | Plant Supplies | 404 |
| 07/09/2020 | 5095 | Food Safety Net Services Colorado | Services | 521 |
| 07/09/2020 | 5095 | Mountain States Lamb and Wool Coop | Raw Material Purchase | 95,864 |
| 07/09/2020 | 5111 | Principal Life | Payroll & Benefits | 7,258 |
| 07/09/2020 | 5095 | Pro Pallet Inc. | Plant Supplies | 2,772 |
| 07/09/2020 | 5095 | r2 Consulting Group LLC | Professional fees/U.S. Trustee fees | 95,168 |
| 07/09/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 18,200 |
| 07/09/2020 | 5095 | SupplyOne | Plant Supplies | 2,637 |
| 07/10/2020 | 5095 | Bettcher Industries Inc | Services | 216 |
| 07/10/2020 | 5095 | Bunzl USA LLC | Plant Supplies | 565 |
| 07/10/2020 | 5095 | Cintas | Plant Supplies | 638 |
| 07/10/2020 | 5095 | Continental Carbonics | R&M/Plant Expenses | 1,055 |
| 07/10/2020 | 5095 | Enviropest | Services | 390 |
| 07/10/2020 | 5095 | Garden State Cold Storage | Off-site Storage | 357 |
| 07/10/2020 | 5095 | Great Southern Food Distributors | Insurance | 1,577 |
| 07/10/2020 | 5095 | Kelly Bultman | Plant Supplies | 284 |
| 07/10/2020 | 5095 | Mid-West Express | Shipping/Trucking | 5,749 |
| 07/10/2020 | 5095 | Mountain States Lamb and Wool Coop | Raw Material Purchase | 82,916 |
| 07/10/2020 | 5095 | Mountain West Lamb LLC | Raw Material Purchase | 8,468 |
| 07/10/2020 | 5095 | Sealed Air Funding LLC | R&M/Plant Expenses | 5,257 |
| 07/10/2020 | 5095 | Skyline Sheep Company | Raw Material Purchase | 78,687 |
| 07/10/2020 | 5095 | USDA AMS | Raw Material Purchase | 3,360 |
| 07/10/2020 | 5095 | Xcel Energy | Telephone/Utilities | 44,049 |
| 07/13/2020 | 5095 | Colorado Atlantic Express LLC | Shipping/Trucking | 13,150 |
| 07/13/2020 | 5095 | Deposited Item Return | Other | 4,963 |
| 07/13/2020 | 5095 | DoubleTree Greeley | Bankruptcy Expenses | 1,490 |
| 07/13/2020 | 5095 | Harbor Freight | Services | 161 |
| 07/13/2020 | 5095 | Mountain States Lamb and Wool Coop | Raw Material Purchase | 90,500 |
| 07/13/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 3,000 |
| 07/14/2020 | 5095 | A1 Organics | Shipping/Trucking | 4,286 |
| 07/14/2020 | 5095 | Airgas Usa, Llc | Plant Supplies | 5,948 |
| 07/14/2020 | 5095 | Aspen Systems | Services | 200 |
| 07/14/2020 | 5095 | Ben Issa Llc | Services | 2,250 |
| 07/14/2020 | 5095 | Fedex | Shipping/Trucking | 1,035 |
| 07/14/2020 | 5095 | Lowe's | Operations | 25 |
| 07/14/2020 | 5095 | Motion Industries | R&M/Plant Expenses | 2,268 |
| 07/14/2020 | 5111 | Paylocity Corporation | Payroll & Benefits | 115,199 |
| 07/14/2020 | 5111 | Paylocity Corporation | Payroll & Benefits | 39,581 |
| 07/14/2020 | 5095 | Preferred Cartage | Shipping/Trucking | 1,210 |
| 07/14/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 4,200 |
| 07/14/2020 | 5095 | Rps Plan Administrators/24Hourflex | Services | 211 |
| 07/14/2020 | 5095 | Santos Conchas | Payroll & Benefits | 45 |
| 07/14/2020 | 5095 | Team Petroleum | Plant Supplies | 731 |
| 07/14/2020 | 5095 | The Home Depot | Plant Supplies | 82 |
| 07/14/2020 | 5095 | U Fill It | Services | 49 |
| 07/15/2020 | 5095 | Centurylink | Telephone/Utilities | 5,038 |
| 07/15/2020 | 5095 | Chase Bank | Account Analysis Settlement Charge | 1,428 |

| DEBTOR(S): | Mountain States Rosen LLC | CASE NO: | 20-20111 |
|---|---|---|---|

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 7/1/2020 to 7/31/2020

**CASH DISBURSEMENTS DETAIL**  Account No: 3316, 2288, 5095, 5111, 7631, 1715, 0778, 0760
*(attach additional sheets as necessary)*

| Date | Acct # | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 07/15/2020 | 5095 | Chocolate Covered Trucking Inc | Shipping/Trucking | 6,120 |
| 07/15/2020 | 5095 | Chocolate Covered Trucking Inc | Shipping/Trucking | 300 |
| 07/15/2020 | 5095 | Denney Transport Ltd. | Shipping/Trucking | 275 |
| 07/15/2020 | 5095 | Denney Transport Ltd. | Shipping/Trucking | 6,229 |
| 07/15/2020 | 5095 | Double J Lamb Feeder, Inc | Services | 8,218 |
| 07/15/2020 | 5095 | Enviropest | Services | 460 |
| 07/15/2020 | 5095 | Food Safety Net Services Colorado | Services | 1,252 |
| 07/15/2020 | 5095 | Garden City Ammonia Program | Services | 5,783 |
| 07/15/2020 | 5095 | KWs Klingsport | Operations | 46 |
| 07/15/2020 | 5095 | Mcmaster-Carr | Operations | 179 |
| 07/15/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 1,541 |
| 07/15/2020 | 5095 | Sps Commerce, Inc. | Services | 637 |
| 07/16/2020 | 5095 | Aflac | Services | 4,245 |
| 07/16/2020 | 5095 | Altitude Cold Storage | Off-site Storage | 850 |
| 07/16/2020 | 5095 | Altitude Cold Storage | Off-site Storage | 2,780 |
| 07/16/2020 | 5095 | Cindy Hasbrouck | Payroll & Benefits | 144 |
| 07/16/2020 | 5095 | E-Z Edge Inc. | Services | 173 |
| 07/16/2020 | 5095 | Family Dollar | Operations | 31 |
| 07/16/2020 | 5095 | Mountain States Lamb and Wool Coop | Raw Material Purchase | 180,874 |
| 07/16/2020 | 5095 | Nationwide | Payroll & Benefits | 5,665 |
| 07/16/2020 | 5111 | Principal Life | Payroll & Benefits | 7,158 |
| 07/16/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 3,500 |
| 07/16/2020 | 5095 | RULE FEEDER LLC & Farm Credit Services | Raw Material Purchase | 6,895 |
| 07/16/2020 | 5095 | Target | Other | 31 |
| 07/17/2020 | 5095 | Atmos Energy | Telephone/Utilities | 99 |
| 07/17/2020 | 5095 | Mid-West Express | Shipping/Trucking | 3,367 |
| 07/17/2020 | 5095 | Mountain States Lamb and Wool Coop | Raw Material Purchase | 73,000 |
| 07/17/2020 | 5095 | North Weld County | Sales & Use Taxes | 34 |
| 07/17/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 16,250 |
| 07/17/2020 | 5095 | The Home Depot | Plant Supplies | 65 |
| 07/17/2020 | 5095 | USDA AMS | Raw Material Purchase | 3,066 |
| 07/20/2020 | 5095 | Ac Flag & Banner | Services | 438 |
| 07/20/2020 | 5095 | Ben Issa Llc | Services | 3,000 |
| 07/20/2020 | 5095 | Colorado Atlantic Express LLC | Shipping/Trucking | 11,824 |
| 07/20/2020 | 5095 | HLT LD Products | Operations | 61 |
| 07/20/2020 | 5095 | Mountain States Lamb and Wool Coop | Raw Material Purchase | 67,303 |
| 07/20/2020 | 5095 | Mountain States Lamb and Wool Coop | Raw Material Purchase | 57,826 |
| 07/20/2020 | 5095 | Mutual Of Omaha | Insurance | 10,640 |
| 07/20/2020 | 5095 | Republic Services #535 | Services | 12,647 |
| 07/20/2020 | 5095 | Richard Fulton | Plant Supplies | 114 |
| 07/21/2020 | 5095 | American Lamb Board | Services | 2,105 |
| 07/21/2020 | 5095 | Altitude Cold Storage | Off-site Storage | 1,940 |
| 07/21/2020 | 5095 | Brad Graham | Plant Supplies | 285 |
| 07/21/2020 | 5095 | Canon Financial Services, Inc | Plant Supplies | 180 |
| 07/21/2020 | 5095 | Cigna | Payroll & Benefits | 135,169 |
| 07/21/2020 | 5095 | Cintas | Plant Supplies | 631 |
| 07/21/2020 | 5095 | Denney Transport Ltd. | Shipping/Trucking | 200 |
| 07/21/2020 | 5095 | Farm Credit Leasing Services Corp | Lease Payments | 20,817 |
| 07/21/2020 | 5095 | Loon Limited | Plant Supplies | 165 |
| 07/21/2020 | 5095 | Nationwide | Payroll & Benefits | 54,333 |
| 07/21/2020 | 5111 | Paylocity Corporation | Payroll & Benefits | 38,940 |
| 07/21/2020 | 5095 | Paylocity Corporation | Payroll & Benefits | 114,460 |
| 07/21/2020 | 5095 | Preferred Cartage | Shipping/Trucking | 1,420 |
| 07/21/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 4,350 |
| 07/21/2020 | 5095 | Var Technology Finance | Lease Payments | 317 |
| 07/21/2020 | 5095 | Welch Equipment Company | R&M/Plant Expenses | 6,845 |
| 07/22/2020 | 5095 | City Of Greeley | Sales & Use Taxes | 25,576 |
| 07/22/2020 | 5095 | Cooper Atkins Corporation | Operations | 86 |
| 07/22/2020 | 5095 | Food Safety Net Services Colorado | Services | 1,575 |
| 07/22/2020 | 5095 | Matt Smylie | Payroll & Benefits | 50 |
| 07/22/2020 | 5095 | Motion Industries | R&M/Plant Expenses | 1,224 |
| 07/22/2020 | 5095 | Mountain States Lamb and Wool Coop | Raw Material Purchase | 91,793 |
| 07/22/2020 | 5095 | NZS Worldwide Inc | Shipping/Trucking | 7,700 |
| 07/22/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 3,400 |
| 07/22/2020 | 5095 | RPD Services Inc | Services | 360 |
| 07/22/2020 | 5095 | Skyline Sheep Company | Raw Material Purchase | 62,311 |

| DEBTOR(S): | Mountain States Rosen LLC | CASE NO: | 20-20111 |
|---|---|---|---|

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period:    7/1/2020    to    7/31/2020

**CASH DISBURSEMENTS DETAIL**   Account No:   3316, 2288, 5095, 5111, 7631, 1715, 0778, 0760
*(attach additional sheets as necessary)*

| Date | Acct # | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 07/23/2020 | 5095 | Atlantic A Program Of De Lage Landen | Lease Payments | 2,681 |
| 07/23/2020 | 5095 | Cintas | Plant Supplies | 843 |
| 07/23/2020 | 5095 | Cisco Systems Capital Crp | Operations | 271 |
| 07/23/2020 | 5095 | City Of Greeley Sales/Use Tax | Sales & Use Taxes | 4,194 |
| 07/23/2020 | 5095 | Colorado Atlantic Express LLC | Shipping/Trucking | 6,675 |
| 07/23/2020 | 5095 | Denney Transport Ltd. | Shipping/Trucking | 8,052 |
| 07/23/2020 | 5095 | Jbs Usa Food Company | Shared Services Agreement | 54,599 |
| 07/23/2020 | 5095 | Mid-West Express | Shipping/Trucking | 4,314 |
| 07/23/2020 | 5111 | Principal Life | Payroll & Benefits | 6,874 |
| 07/23/2020 | 5095 | United Site Services Inc. | Services | 318 |
| 07/23/2020 | 5095 | US Trustee | Quarterly Disbursement Fees | 90,312 |
| 07/23/2020 | 5095 | Usda-Food Safety & Inspection Service | Services | 5,452 |
| 07/23/2020 | 5095 | Waste Management-North Weld Landfill | Services | 7,962 |
| 07/24/2020 | 5095 | Chocolate Covered Trucking Inc | Shipping/Trucking | 5,214 |
| 07/24/2020 | 5095 | Colorado Department Of Revenue | Sales & Use Taxes | 2,612 |
| 07/24/2020 | 5095 | Mountain States Lamb and Wool Coop | Raw Material Purchase | 39,784 |
| 07/24/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 503 |
| 07/24/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 18,050 |
| 07/24/2020 | 5095 | USDA AMS | Raw Material Purchase | 3,412 |
| 07/27/2020 | 5095 | Banner Occupational Health Az Llc | Services | 310 |
| 07/27/2020 | 5095 | Ben Issa Llc | Services | 3,000 |
| 07/27/2020 | 5095 | Colorado Atlantic Express LLC | Shipping/Trucking | 5,000 |
| 07/27/2020 | 5095 | Delta Dental | Payroll & Benefits | 2,197 |
| 07/27/2020 | 5095 | Information Controls | Services | 1,238 |
| 07/27/2020 | 5095 | Loon Limited | Plant Supplies | 610 |
| 07/27/2020 | 5095 | Mountain States Lamb and Wool Coop | Raw Material Purchase | 93,964 |
| 07/27/2020 | 5095 | Otis & Bedingfield, Llc | Bankruptcy Fees | 820 |
| 07/27/2020 | 5095 | Packers Sanitation Services | Services | 12,228 |
| 07/27/2020 | 5095 | Packers Sanitation Services | Services | 13,516 |
| 07/27/2020 | 5095 | r2 Consulting Group LLC | Professional fees/U.S. Trustee fees | 76,892 |
| 07/27/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 3,200 |
| 07/27/2020 | 5095 | Vision Service Plan | Payroll & Benefits | 1,783 |
| 07/27/2020 | 5095 | Welch Equipment Company | R&M/Plant Expenses | 755 |
| 07/27/2020 | 5095 | Xcel Energy | Telephone/Utilities | 49,072 |
| 07/28/2020 | 5095 | Alliance Management, Llc | Professional fees/U.S. Trustee fees | 22,336 |
| 07/28/2020 | 5095 | CDW Direct | Services | 6,280 |
| 07/28/2020 | 5095 | Denney Transport Ltd. | Shipping/Trucking | 339 |
| 07/28/2020 | 5095 | Garden State Cold Storage | Off-site Storage | 33 |
| 07/28/2020 | 5095 | NZS Worldwide Inc | Shipping/Trucking | 2,008 |
| 07/28/2020 | 5111 | Paylocity Corporation | Payroll & Benefits | 20,426 |
| 07/28/2020 | 5095 | Paylocity Corporation | Payroll & Benefits | 109,036 |
| 07/28/2020 | 5095 | Paylocity Corporation | Payroll & Benefits | 16,624 |
| 07/28/2020 | 5095 | Pro Pallet Inc. | Plant Supplies | 2,772 |
| 07/28/2020 | 5095 | Usda Food Safety & Inspection Service | Services | 1,490 |
| 07/29/2020 | 5095 | Chemaqua | Plant Supplies | 627 |
| 07/29/2020 | 5095 | Cintas | Plant Supplies | 639 |
| 07/29/2020 | 5095 | Deposited Item Return | Other | 29,249 |
| 07/29/2020 | 5095 | Food Safety Net Services Colorado | Services | 1,455 |
| 07/29/2020 | 5111 | Olga R Castro | Payroll & Benefits | 383 |
| 07/29/2020 | 5095 | Packers Sanitation Services | Services | 10,732 |
| 07/29/2020 | 5095 | Preferred Cartage | Shipping/Trucking | 1,420 |
| 07/29/2020 | 5095 | Rosen of Colorado | Other | 3,677 |
| 07/30/2020 | 5095 | A1 Organics | Shipping/Trucking | 3,032 |
| 07/30/2020 | 5095 | Amazon | Shipping/Trucking | 103 |
| 07/30/2020 | 5095 | Anderson Controls Inc | Services | 546 |
| 07/30/2020 | 5111 | Antonio Lee Tobble | Payroll & Benefits | 754 |
| 07/30/2020 | 5095 | Donnell Medina | Payroll & Benefits | 250 |
| 07/30/2020 | 5095 | Fedex | Shipping/Trucking | 84 |
| 07/30/2020 | 5095 | Heather Mckibben | Payroll & Benefits | 16 |
| 07/30/2020 | 5111 | Joseph Garrett Paquette | Payroll & Benefits | 217 |
| 07/30/2020 | 5111 | Principal Life | Payroll & Benefits | 6,585 |
| 07/30/2020 | 5095 | Tucker Ellis, Llp | Professional fees/U.S. Trustee fees | 68,007 |
| 07/31/2020 | 5095 | Chris Sutliff | Telephone/Utilities | 81 |
| 07/31/2020 | 5095 | CoBank | Adequate Protection Payment | 500,000 |
| 07/31/2020 | 5095 | Kelly Bultman | Plant Supplies | 100 |
| 07/31/2020 | 5095 | Reliable Transportation Solutions Llc | Shipping/Trucking | 909 |

DEBTOR(S): Mountain States Rosen LLC  CASE NO: 20-20111

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 7/1/2020 to 7/31/2020

**CASH DISBURSEMENTS DETAIL**   Account No: 3316, 2288, 5095, 5111, 7631, 1715, 0778, 0760
*(attach additional sheets as necessary)*

| Date | Acct # | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 07/31/2020 | 5095 | USPS | Operations | 110 |
| | | | **Total Cash Disbursements** | **$ 4,534,950** (1) |

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Rev. 01/01/2018

**Chase Bank**          **Mountain States Rosen LLC Chase DIP Operating Account**
A/C# ending 5095          Proof of Cash
7/31/2020

|  | 7/1/2020 | Deposits | Disbursements | 7/31/2020 |
|---|---|---|---|---|
| Balance Per Bank | 4,927,193.22 | 5,704,860.95 | 4,220,908.45 | 6,411,145.72 |
| Deposits in Transit | | | | |
|   7/1/2020 | | - | | - |
|   7/31/2020 | | | | - |
| Outstanding Checks | | | | |
|   7/1/2020 | 56,570.40 | | (56,570.40) | - |
|   7/31/2020 | | | 150,349.16 | 150,349.16 |
| Balance Per Book | 4,870,622.82 | 5,704,860.95 | 4,314,687.21 | 6,260,796.56 |
| | | - | - | - |

Cash Log Summary

| | |
|---|---|
| 7/1/2020 | 4,870,622.82 |
| Deposits | 5,704,860.95 |
| Cash Disbursements | 4,314,687.21 |
| 7/31/2020 | 6,260,796.56 |

**Mountain States Rosen LLC Chase DIP Operating Account O/S Checks**
7/31/2020

| Date | Payee | Check # | Amount |
|---|---|---|---|
| 6/25/2020 | MOTION INDUSTRIES | 310245 | $ 610.92 |
| 7/17/2020 | DOUBLE J LAMB FEEDER, INC | 310315 | $ 4,771.20 |
| 7/17/2020 | GreatAmerica Financial Svcs. | 310317 | $ 1,145.01 |
| 7/17/2020 | MOTION INDUSTRIES | 310318 | $ 314.61 |
| 7/23/2020 | ALTITUDE COLD STORAGE | 310330 | $ 1,075.00 |
| 7/23/2020 | DOUBLE J LAMB FEEDER, INC | 310335 | $ 5,982.20 |
| 7/23/2020 | TEAMSTERS | 310343 | $ 4,278.00 |
| 7/30/2020 | ADVANTAGE FRESH SOUTH CENTRAL | 310348 | $ 3,483.71 |
| 7/30/2020 | AFLAC | 310349 | $ 6,792.32 |
| 7/30/2020 | ALTITUDE COLD STORAGE | 310350 | $ 750.00 |
| 7/30/2020 | AMERICAN LAMB BOARD | 310351 | $ 1,913.60 |
| 7/30/2020 | BEN ISSA LLC | 310352 | $ 2,200.00 |
| 7/30/2020 | BRAD ANDERSON | 310353 | $ 150.00 |
| 7/30/2020 | CHOCOLATE COVERED TRUCKING INC | 310354 | $ 90.00 |
| 7/30/2020 | CHRIS SUTLIFF | 310355 | $ 40.00 |
| 7/30/2020 | CINDY HASBROUCK | 310356 | $ 2,083.36 |
| 7/30/2020 | DEEP ROCK | 310357 | $ 347.57 |
| 7/30/2020 | DENNEY TRANSPORT LTD. | 310358 | $ 375.00 |
| 7/30/2020 | DERRICK BROWN | 310359 | $ 200.00 |
| 7/30/2020 | DIVERSIFIED TRANSFER & STORAGE INC | 310360 | $ 692.35 |
| 7/30/2020 | FEDEX | 310362 | $ 1,481.47 |
| 7/30/2020 | GREAT SOUTHERN FOOD DISTRIBUTORS | 310363 | $ 1,435.77 |
| 7/30/2020 | JBS USA FOOD COMPANY | 310364 | $ 41,397.39 |
| 7/30/2020 | MATILDA EREBIA | 310366 | $ 100.00 |
| 7/30/2020 | MUTUAL OF OMAHA | 310367 | $ 8,870.39 |
| 7/30/2020 | PACKERS SANITATION SERVICES | 310368 | $ 11,500.00 |
| 7/30/2020 | RELIABLE TRANSPORTATION SOLUTIONS LLC | 310369 | $ 9,199.00 |
| 7/30/2020 | REPUBLIC SERVICES #535 | 310371 | $ 12,296.35 |
| 7/30/2020 | RULE FEEDER LLC & FARM CREDIT SVCS | 310372 | $ 2,263.80 |
| 7/30/2020 | SANTOS CONCHAS | 310373 | $ 65.00 |
| 7/30/2020 | SKYLINE SHEEP COMPANY | 310374 | $ 125.00 |
| 7/30/2020 | VAR Technology Finance | 310375 | $ 380.40 |
| 7/31/2020 | A1 ORGANICS | 310376 | $ 5,191.60 |
| 7/31/2020 | ALTITUDE COLD STORAGE | 310377 | $ 950.00 |
| 7/31/2020 | CATELLI BROTHERS | 310378 | $ 7,658.94 |
| 7/31/2020 | CENTURYLINK | 310379 | $ 4,734.69 |
| 7/31/2020 | CITY OF GREELEY sales/use tax | 310380 | $ 2,938.33 |
| 7/31/2020 | COLORADO DEPARTMENT OF REVENUE | 310381 | $ 1,783.00 |
| 7/31/2020 | NORTH WELD COUNTY WATER DISTRICT | 310382 | $ 33.57 |
| 7/31/2020 | SHRED-IT | 310383 | $ 91.12 |
| 7/31/2020 | Washington DOR | ACH | $ 558.49 |
| 7/31/2020 | | | |
| | | | $ 150,349.16 |

**Chase Bank**  **Mountain States Rosen LLC Chase DIP-CARE Account**
A/C# ending 5111

Proof of Cash
7/31/2020

|  | 7/1/2020 | Deposits | Disbursements | 7/31/2020 |
|---|---|---|---|---|
| Balance Per Bank | 313,861.51 | 110,984.31 | 424,345.73 | 500.09 |
| Deposits in Transit |  |  |  |  |
| 7/1/2020 | - |  |  | - |
| 7/31/2020 |  |  |  | - |
| Outstanding Checks |  |  |  |  |
| 7/1/2020 |  |  | - | - |
| 7/31/2020 |  |  | - | - |
| Balance Per Book | 313,861.51 | 110,984.31 | 424,345.73 | 500.09 |
|  |  | - | - | 0.00 |

Cash Log Summary

| 7/1/2020 | 313,861.51 |
|---|---|
| Deposits | 110,984.31 |
| Cash Disbursements | 424,345.73 |
| 7/31/2020 | 500.09 |

**Mountain States Rosen LLC Chase DIP-CARE Account O/S Checks**
7/31/2020

| Check # | Date | Payee | Amount |
|---|---|---|---|
|  |  |  | $      - |

DEBTOR(S): Mountain States Rosen LLC     CASE NO: 20-20111

## Form 2-C
### COMPARATIVE BALANCE SHEET
**For Period Ended:** 7/31/2020

|  | Current Month | Petition Date (1) |
|---|---:|---:|
| **ASSETS** | | |
| Current Assets: | | |
| Cash (from Form 2-B, line 5) | $ 6,647,779 | $ 119,437 |
| Accounts Receivable (from Form 2-E) | - | 4,449,592 |
| Receivable from Officers, Employees, Affiliates | - | - |
| Inventory | - | 4,582,722 |
| Other Current Assets :(List)  Prepayment | - | 33,904 |
| Total Current Assets | $ 6,647,779 | $ 9,185,655 |
| Fixed Assets: | | |
| Land | $ - | $ 400,000 |
| Building | - | 8,325,997 |
| Equipment, Furniture and Fixtures | - | 8,407,370 |
| Total Fixed Assets | - | 17,133,367 |
| Less: Accumulated Depreciation | ( - ) | ( 5,339,082 ) |
| Net Fixed Assets | $ - | $ 11,794,285 |
| Other Assets (List): Long Term Investment | - | 17,272 |
| Water Rights | - | 20,853 |
| Other Assets | - | 13,490 |
| Intercompany Payable | - | - |
| **TOTAL ASSETS** | $ 6,647,779 | $ 21,031,554 |
| **LIABILITIES** | | |
| Post-petition Accounts Payable (from Form 2-E) | $ 80,366 | $ - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | 286,448 | - |
| Post-petition Taxes Payable (from Form 2-E) | - | - |
| Post-petition Notes Payable | - | - |
| Other Post-petition Payable(List): Accrued Expenses | 161,202 | - |
| Payroll Liabilities | - | - |
| Accrued 401k Match | 2,596 | - |
| Accrued Vacation Pay | 248,619 | - |
| Accrued Payroll | 166,210 | - |
| Accrued Garnishments | - | - |
| Accrued Bonus | 100,961 | - |
| 401K Payable | 14,313 | - |
| Life Insurance Payable | 251 | - |
| Total Post Petition Liabilities | $ 1,060,965 | $ - |
| Pre Petition Liabilities: | | |
| Secured Debt | 17,715,519 | 17,715,519 |
| Priority Debt | 134,093 | 134,093 |
| Unsecured Debt | 6,035,387 | 6,035,387 |
| Total Pre Petition Liabilities | $ 23,884,999 | $ 23,884,999 |
| **TOTAL LIABILITIES** | $ 24,945,964 | $ 23,884,999 |
| **OWNERS' EQUITY** | | |
| Owner's/Stockholder's Equity | $ 27,035,178 | $ 37,918,982 |
| Retained Earnings - Prepetition | (40,772,427) | (40,772,427) |
| Retained Earnings - Post-petition | (4,560,936) | - |
| **TOTAL OWNERS' EQUITY** | $ (18,298,184) | $ (2,853,444) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 6,647,779 | $ 21,031,554 |

(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.

Rev. 01/01/2018

DEBTOR(S): Mountain States Rosen LLC     CASE NO: 20-20111

# Form 2-D
**PROFIT AND LOSS STATEMENT**
For Period 7/1/2020 to 7/31/2020

| | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 3,645,055 | $ 17,441,677 |
| Less: Discounts, Returns and Allowances | ( ) | ( 9,828 ) |
| **Net Operating Revenue** | $ 3,645,055 | $ 17,431,850 |
| Cost of Goods Sold | 1,580,426 | 7,248,665 |
| **Gross Profit** | $ 2,064,629 | $ 10,183,185 |
| Operating Expenses | | |
|   Officer Compensation | $ - | $ - |
|   Selling, General and Administrative | 1,430,505 | 5,923,815 |
|   Rents and Leases | - | - |
|   Depreciation, Depletion and Amortization | 92,026 | 368,105 |
|   Other (list): Salary | 498,427 | 2,140,708 |
| | | - |
| **Total Operating Expenses** | $ 2,020,958 | $ 8,432,628 |
| **Operating Income (Loss)** | $ 43,671 | $ 1,750,557 |
| Non-Operating Income and Expenses | | |
|   Other Non-Operating Expenses | $ - | $ - |
|   Gains (Losses) on Sale of Assets | - | - |
|   Interest Income | 396 | 818 |
|   Interest Expense | 317,774 | 123,660 |
|   Other Non-Operating Income | (3,244) | (3,560) |
| Net Non-Operating Income or (Expenses) | $ 314,926 | $ 120,918 |
| Reorganization Expenses | | |
|   Legal and Professional Fees | $ (23,985) | $ 88,445 |
|   Loss on Disposal of Colorado Assets | 6,343,966 | 6,343,966 |
| **Total Reorganization Expenses** | $ 6,319,981 | $ 6,432,410 |
| **Net Income (Loss) Before Income Taxes** | $ (5,961,383) | $ (4,560,936) |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ (5,961,383) | $ (4,560,936) |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Rev. 01/01/2018

DEBTOR(S): Mountain States Rosen LLC     CASE NO: 19-20101

## Form 2-E (Page 1 of 2)
### SUPPORTING SCHEDULES

For Period: 7/1/2020 to 7/31/2020

| Summary of Post-Petition Taxes | | | | |
|---|---|---|---|---|
| | 1 | 2 | 3 | 4 |
| Type of tax | Unpaid post-petition taxes from prior reporting month(1) | Post-petition taxes accrued this month (new obligations) | Post-petition tax payments made this reporting month | Unpaid post-petition taxes at end of reporting month (columns 1+2-3) |
| **Federal** | | | | |
| Employee income tax withheld | | | | |
| Employee FICA taxes withheld | | | | |
| Employer FICA taxes | | | | |
| Unemployment taxes | | | | |
| Other:_____ | | | | |
| **State** | | | | |
| Sales, use & excise taxes | | | | |
| Unemployment taxes | | | | |
| Other:_____ | | | | |
| **Local** | | | | |
| Personal property taxes | | | | |
| Real property taxes | 99,270 | 25,768 | 125,038 | |
| Other:_____ | | | | |
| **Total unpaid post-petition taxes** | | | | |

*(1) For first report, the beginning balance in column 1 will be $0; thereafter, beginning balance will be ending balance from prior report.*

| Insurance Coverage Summary | | | | |
|---|---|---|---|---|
| Type of insurance | Insurance carrier | Coverage amount | Policy expiration date | Premium paid through date |
| Workers' compensation | Nationwide | $ 1,000,000 | 11/23/2020 | 7/31/2020 |
| General liability | Nationwide | | 11/23/2020 | 7/31/2020 |
| Property (fire, theft, etc.) | Nationwide | | 11/23/2020 | 7/31/2020 |
| Commercial package | Nationwide | $ 73,216,990 | 11/23/2020 | 7/31/2020 |
| Other (list): | | | | |
| Other (list): | | | | |

*If any policies were renewed or replaced during reporting period, attach new certificate of insurance.*

Page 1 of 2
Rev. 01/01/2018

**Form 2-E (Page 2 of 2)**
**SUPPORTING SCHEDULES**
For Period: 7/1/2020 to 7/31/2020

| Accounts Receivable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Pre-petition receivables | | | | | $ - |
| Post-petition receivables | | | | | |
| Total | $ - | $ - | $ - | $ - | $ - |

| Post-Petition Accounts Payable Aging Summary (attach detailed aging report) | | | | | |
|---|---|---|---|---|---|
| | 30 days or less | 31 to 60 days | 61 to 90 days | Over 90 days | Total at month end |
| Trade Payables | 74,772 | 5,525 | 69 | | 80,366 |
| Other Payables | | | | | |
| Total | 74,772 | 5,525 | 69 | | 80,366 |

| SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Court Approval Date | Month-end Balance Due * |
| Debtor's Counsel - MWYH | 140,429 | 61,561 | 110,114 | | 91,875 |
| Debtor's Financial Advisor - r2 advisors | 214,187 | 63,038 | 172,060 | | 105,165 |
| UCC Counsel - Tucker Ellis & Patton Davison | 93,006 | 36,646 | 68,007 | | 61,645 |
| UCC Financial Advisor - Alliance Management | 27,920 | 22,179 | 22,336 | | 27,763 |
| US Trustee Fees | - | 90,312 | 90,312 | | - |
| Total | $ 475,542 | 273,735 | 462,829 | | 286,448 |

*Balance due to include fees and expenses incurred but not yet paid.

| SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES** | | | |
|---|---|---|---|
| Payee Name | Position | Nature of Payment | Amount |
| | | | $ |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer, or director.

Page 2 of 2
Rev. 01/01/2018

Monday, August 10, 2020
12:42 PM

# AP Outstanding Report Post BR

| Name | Inv Date | Ref Code | Invoice Amt | Open Balance | <30 Days | 31-60 Days | 61-90 Days | 91+ Days |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Aging Report | | |
| 24 HOUR FLEX, RPS PLAN ADMINISTATORS | 7/31/2020 | 51161 | $211.20 | $211.20 | $ 211.20 | $ - | $ - | $ - |
| AIRGAS USA, LLC | 7/31/2020 | 9972809717 | $3,019.99 | $3019.99 | 3,019.99 | - | - | - |
| Atmos Energy | 7/30/2020 | 4021456271-0720-Fina | $32.40 | $32.40 | 32.40 | - | - | - |
| bunzl | 5/13/2020 | 89103329 | $69.48 | $69.48 | - | - | 69.48 | - |
| CINTAS CORPORATION No 2 | 7/31/2020 | 4057564758 | $548.50 | $548.50 | 548.50 | - | - | - |
| CINTAS CORPORATION No 2 | 7/31/2020 | 4057833439 | $19.15 | $19.15 | 19.15 | - | - | - |
| CINTAS CORPORATION No 2 | 7/31/2020 | 4057833667 | $73.08 | $73.08 | 73.08 | - | - | - |
| CONTINENTAL CARBONIC PRODUCTS, INC. | 6/10/2020 | JUNE1 | ($1,356.38) | -$1356.38 | - | (1,356.38) | - | - |
| CONTINENTAL CARBONIC PRODUCTS, INC. | 7/31/2020 | 4247194 | $165.00 | $165.00 | 165.00 | - | - | - |
| CONTINENTAL CARBONIC PRODUCTS, INC. | 7/31/2020 | 4255729 | $170.00 | $170.00 | 170.00 | - | - | - |
| DENNEY TRANSPORT LTD. | 7/23/2020 | L101223A | $225.00 | $225.00 | 225.00 | - | - | - |
| DENNEY TRANSPORT LTD. | 7/24/2020 | L101214A | $150.00 | $150.00 | 150.00 | - | - | - |
| DENNEY TRANSPORT LTD. | 7/24/2020 | L101218A | $250.00 | $250.00 | 250.00 | - | - | - |
| DENNEY TRANSPORT LTD. | 7/31/2020 | L101121A | $200.00 | $200.00 | 200.00 | - | - | - |
| DIVERSIFIED TRANSFER & STORAGE INC | 7/16/2020 | 3080921-00 | $283.75 | $283.75 | 283.75 | - | - | - |
| DIVERSIFIED TRANSFER & STORAGE INC | 7/16/2020 | 3080938-00 | $543.35 | $543.35 | 543.35 | - | - | - |
| DIVERSIFIED TRANSFER & STORAGE INC | 7/16/2020 | 3080939-00 | $357.68 | $357.68 | 357.68 | - | - | - |
| DIVERSIFIED TRANSFER & STORAGE INC | 7/16/2020 | 3081195-00 | $244.03 | $244.03 | 244.03 | - | - | - |
| FOOD SAFETY NET SERVICES | 7/31/2020 | CO001794 | $58.40 | $58.40 | 58.40 | - | - | - |
| GARDEN STATE COLD STORAGE | 7/31/2020 | AI-000023216 | $83.00 | $83.00 | 83.00 | - | - | - |
| GENERAL AIR SERVICE & SUPPLY CO. | 7/31/2020 | 93877870-1 | $200.43 | $200.43 | 200.43 | - | - | - |
| GENERAL AIR SERVICE & SUPPLY CO. | 7/31/2020 | 93877872-1 | $200.46 | $200.46 | 200.46 | - | - | - |
| GREAT AMERICA FINANCIAL SERVICES CORP. | 7/31/2020 | 27502611 | $1,145.01 | $1145.01 | 1,145.01 | - | - | - |
| GREAT SOUTHERN FOOD DISTRIBUTORS | 7/31/2020 | July 2020A | $137.71 | $137.71 | 137.71 | - | - | - |
| INFORMATION CONTROLS | 7/31/2020 | 42640 | ($30.60) | -$30.60 | (30.60) | - | - | - |
| NATIONWIDE AGRIBUSINESS INSURANCE CO. | 7/31/2020 | 0000140636 | $4,061.37 | $4061.37 | 4,061.37 | - | - | - |
| PACKERS SANITATION SERVICES | 7/31/2020 | 20122699-IN | $1,792.00 | $1792.00 | 1,792.00 | - | - | - |
| PATTON & DAVISON, LLC | 6/15/2020 | 15784 | $5,156.60 | $5156.60 | - | 5,156.60 | - | - |
| PATTON & DAVISON, LLC | 6/30/2020 | 16110 | $1,724.30 | $1724.30 | - | 1,724.30 | - | - |
| R2 ADVISORS LLC | 7/31/2020 | R216703-R216704 | $50,494.08 | $50494.08 | 50,494.08 | - | - | - |
| RELIABLE TRANSPORTATION SOLUTIONS | 7/30/2020 | 174819A | $10.00 | $10.00 | 10.00 | - | - | - |
| SPS COMMERCE, INC. | 7/31/2020 | PSI-113979653 | $636.87 | $636.87 | 636.87 | - | - | - |
| TEAMSTERS | 7/31/2020 | JULY2020 | $3,288.00 | $3288.00 | 3,288.00 | - | - | - |
| UNITED SITE SERVICES | 7/23/2020 | 114-10688697 | $172.80 | $172.80 | 172.80 | - | - | - |
| Waste Management of Colorado Inc | 7/29/2020 | 4454657-2534-6 | $156.50 | $156.50 | 156.50 | - | - | - |
| Waste Management of Colorado Inc | 7/31/2020 | 0027336-0308-4 | $5,872.49 | $5872.49 | 5,872.49 | - | - | - |
| | | | $80,365.65 | $80365.65 | | | | |
| AP Outstanding Report Post BR | | | | | $ 74,771.65 | $ 5,524.52 | $ 69.48 | $ - |

# Form 2-F
## QUARTERLY FEE SUMMARY *

For the Month Ended: 7/31/2020

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $ | | | |
| February | | | | | |
| March | 2020 | 970,047 | | | |
| TOTAL 1st Quarter | | $ 970,047 | $ 4,875 | | |
| April | 2020 | $ 3,010,399 | | | |
| May | 2020 | 4,486,431 | | | |
| June | 2020 | 4,430,724 | | | |
| TOTAL 2nd Quarter | | $ 11,927,554 | $ 119,276 | | |
| July | 2020 | $ 4,534,950 | | | |
| August | | 0 | | | |
| September | | 0 | | | |
| TOTAL 3rd Quarter | | $ 4,534,950 | $ 45,349 | | |
| October | | $ 0 | | | |
| November | | 0 | | | |
| December | | 0 | | | |
| TOTAL 4th Quarter | | $ 0 | $ | | |

### FEE SCHEDULE (as of JANUARY 1, 2018)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999 | $325 | $225,000 to $299,999 | $1,950 |
| $15,000 to $74,999 | $650 | $300,000 to $999,999 | $4,875 |
| $75,000 to $149,999 | $975 | $1,000,000 or more*** | 1% of quarterly disbursements or $250,000, whichever is less (subject to change after 9/30/2018)*** |
| $150,000 to $224,999 | $1,625 | | |

\*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

\*\*  Should agree with line 3, Form 2-B. Disbursements are net of transfers to other debtor in possession bank accounts

\*\*\* For disbursements in excess of $1,000,000, this amount is subject to annual adjustment. Please refer to
https://www.justice.gov/ust/chapter-11-quarterly-fees

Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]
In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717

Rev. 01/01/2018

**DEBTOR(S):** Mountain States Rosen LLC   **CASE NO:** 20-20111

# Form 2-G
## NARRATIVE

**For Period Ending:** 7/31/2020

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

Mountain States Rosen has closed the sale of the plant to JBS as of July 31, 2020.

Rev. 01/01/2018